IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN P. JOHNSON<br>*Plaintiff* | § § § § | |
| V. | § | NO. SA12CV0712 |
| MICHAEL J. ADAMS P.C.<br>and<br>AMERICAN EXPRESS,<br>*Defendants* | § § § § § | |

DEFENDANTS MICHAEL J ADAMS P.C. AND AMERICAN EXPRESS' OBJECTION TO PLAINTIFF JOHN P. JOHNSON'S PROPOSED SCHEDULING ORDER

COMES NOW Defendants Michael J. Adams P.C. and American Express and files this objection to Plaintiff John P. Johnson's proposed scheduling order and respectfully shows unto the Court as follows:

Plaintiff has not conferred on the proposed scheduling order filed by Plaintiff on October 2, 2012. Defendants first received this proposal from Plaintiff on October 1, 2012 via Certified Mail and Defendants do not agree with such. Given the Parties have not conferred on the scheduling order, and Plaintiff's preference to not consent to Magistrate Judge jurisdiction in this case, we ask the Court to enter its own order based on the Court's availability.

        Respectfully submitted,

        JACKSON ADAMS, P.C.


        By:    /s/ C. Cade Adams
              Texas Bar No. 24031684
              131 McKinney Ave.
              Suite 600
              Dallas, TX 75204
              Toll Free 1.866.497.8980
              Toll Free Fax 1.866.920.3404
        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, a true and correct copy of the foregoing was served via regular mail as follows:

John P. Johnson
11006 Clifton Forge
San Antonio, TX 78230

        /s/ C. Cade Adams
        C. Cade Adams