IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN P. JOHNSON,<br>Plaintiff ProSe' | )<br>)<br>) |
| V. | ) Case No: SA12CA0712 XR |
| MICHAEL J. ADAMS P.C.,<br>Defendant | ) **Civil Rights Violation Complaint**<br>) **Trial By Jury Demanded**<br>) |
| AMERICAN EXPRESS,<br>Co-Defendant | )<br>))) |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES now the Plaintiff:

John P. Johnson, Plaintiff having reached an amicable settlement agreement with the Defendants, Michael J. Adams P.C. and American Express on or about 4 October 2012.

**IT IS HEREBY** Requested by the Plaintiff, John P. Johnson, that a **Notice of Dismissal WITH PREJUDICE** be entered in the above case pending before this honorable court. Each party bearing their own costs.

Respectfully submitted,

On 10 October 2012.

John P. Johnson, Plaintiff
11006 Clifton Forge
San Antonio, TX 78230
210-842-7851

1

## CERTIFICATE OF SERVICE

I, _John P. Johnson_, Plaintiff pro se, do here by certify that on the _10th_ Day of _October_, 20_12_, a true and correct copy of the foregoing pleading was forwarded to _C. Cade Adams_, the attorney for (Defendant) by ___(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)___ at the following address:___ (give address of Attorney for the Defendant) ___.

C. Cade Adams
Jackson Adams P.C.
3131 McKinney Ave, Suite 600
Dallas, TX 75204

Dated: _10 Oct 12_

_____
Signature of Plaintiff